**FILED ORIGINAL**
2006 SEP -6 PM 2: 49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY \_\_\_\_RM\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DOLORES-RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | Civ. No.  05-0791GT<br>Cr. No.   92-0933GT<br><br>**ORDER** |

    On December 15, 2005, Petitioner, Carlos Dolores-Rodriguez, submitted a Notice of Appeal, which requires a certificate of appealability. However, an appeal may not be taken unless this Court issues a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1). In order to receive a Certificate of Appealability, Petitioner must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

    After reviewing Petitioner's Notice of Appeal, the record in this case and the order denying Petitioner's Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255, the

1 | Court finds that the Petitioner has <u>not</u> made a substantial showing of a denial of a constitutional
2 | right. Accordingly,
3 |     **IT IS ORDERED** that this Court will **not** issue a certificate of appealability in this case.
4 |     **IT IS SO ORDERED**.

Sept 6, 2002
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter     Petitioner